Sheila E. Fix (State Bar No. 138613)
sfix@wshblaw.com
**WOOD, SMITH, HENNING & BERMAN LLP**
505 North Brand Boulevard, Suite 1100
Glendale, California 91203
Phone: 818.551.6000 ♦ Fax: 818.551.6050

Attorneys for Defendants,
GVI SJ TENANT, LLC, and
GVI SJ OWNER, LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAMES ALGER,<br><br>Plaintiff,<br><br>v.<br><br>GVI SJ TENANT, LLC, and GVI SJ OWNER, LLC,<br><br>Defendants. | Case No. 26-cv-8793-SVK<br><br>Civil Rights<br><br>**~~[PROPOSED]~~ ORDER ON STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT**<br><br>Trial Date: None Set |

**UPON CONSIDERATION OF THE STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT AND GOOD CAUSE APPEARING THEREFORE,**

**IT IS HEREBY ORDERED THAT** the deadline for Defendants GVI SJ TENANT, LLC, and GVI SJ OWNER, LLC, to file and serve a responsive pleading to Plaintiff's complaint is extended from October 22, 2026, to November 5, 2026.

DATED: October 23, 2026

Susan van Keulen

HON. Susan Van Keulen



WOOD, SMITH, HENNING & BERMAN LLP
505 NORTH BRAND BOULEVARD, SUITE 1100
GLENDALE, CALIFORNIA 91203
TELEPHONE 818.551.6000 ♦ FAX 818.551.6050